UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

SHAREEN ISMAIL, M.D., and THE ALEXANDRE CENTRE
FOR CHILDREN'S HEALTH (ISMAIL MEDICINE PLLC),

                Plaintiffs,

                                                             Civil Action No.: 5:25-cv-01653

vs.

NEW YORK STATE DEPARTMENT OF HEALTH,
JAMES V. MCDONALD, JOSEPH A. GIOVANNETTI,
JENNIFER PERSON, and JOHN DOES 1-5,

                Defendants.
_____

## NOTICE OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

**PLEASE TAKE NOTICE** that upon the Verified Complaint, the Memorandum of Law, the Attorney Declaration of Chad A. Davenport, Esq., the Declarations of Shareen Ismail, M.D., Barbara Campbell, and Maria Petersen, RN, and the exhibits annexed thereto, Plaintiffs will move this Court, before the Honorable Mae A. D'Agostino, United States District Judge, at the United States Courthouse located at 445 Broadway, Courtroom 5, Albany, New York 12207, on a date and time to be determined by the Court via the accompanying Order to Show Cause, for an Order pursuant to Rule 65 of the Federal Rules of Civil Procedure:

1. **GRANTING** a Temporary Restraining Order and Preliminary Injunction enjoining and restraining Defendants, their officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with them, from:

    - Maintaining the publication of Plaintiffs' names on the "School Vaccination Fraud Awareness" website;

- o Continuing the suspension of Plaintiffs' access to the New York State Immunization Information System ("NYSIIS");
- o Contacting, harassing, interrogating, or threatening Plaintiffs' patients or employees outside of formal legal process directed through Plaintiffs' counsel; and
- o Deleting, altering, or "wiping" any immunization records from the NYSIIS database.

2. **DIRECTING** Defendants to immediately restore any immunization records deleted from the NYSIIS database on or about November 12, 2025;

3. **DIRECTING** Defendants to immediately reinstate full NYSIIS access for Plaintiffs and all employed staff; and

4. **GRANTING** such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Rule 7.1, Plaintiffs have sought an Order to Show Cause to bring this motion on for an expedited hearing due to the immediate and irreparable harm detailed in the accompanying papers.

Dated: December 2, 2025

Respectfully submitted,

**Davenport Law PLLC**

*/s/ Chad A. Davenport*

Chad A. Davenport, Esq.
*Attorney for Plaintiff*
Davenport Law PLLC
6384 Deanna Drive
Hamburg, NY 14075
(716) 217-0328
cdavenport@davenport.law