UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

SHAREEN ISMAIL, M.D., and THE ALEXANDRE CENTRE
FOR CHILDREN'S HEALTH (ISMAIL MEDICINE PLLC),

        Plaintiffs,

        Civil Action No.: 5:25-cv-01653

vs.

NEW YORK STATE DEPARTMENT OF HEALTH,
JAMES V. MCDONALD, M.D., M.P.H., JOSEPH A.
GIOVANNETTI, ESQ., JENNIFER PERSON, and
JOHN DOES 1-5 (Unknown DOH Investigators),

        Defendants.

---

### **DECLARATION OF PLAINTIFF SHAREEN ISMAIL, M.D.**

**PURSUANT TO 28 U.S.C. § 1746**, I, SHAREEN ISMAIL, M.D., declare as follows:

1. I am a plaintiff in this action. I am a physician licensed to practice medicine in the State of New York and the owner and medical director of The Alexandre Centre for Children's Health ("The Centre"), located in Fayetteville, New York.

2. I submit this Declaration in support of Plaintiffs' emergency motion for a Temporary Restraining Order and Preliminary Injunction. I have personal knowledge of the facts set forth herein.

### **Background: My Practice and Reputation**

3. I have dedicated my career to the practice of pediatrics. My practice, The Alexandre Centre, serves hundreds of families in the Central New York region. My professional reputation is built on trust, integrity, and the individualized care I provide to my patients.

4.  Until the events described below, I had an unblemished record and maintained good standing with all relevant licensing and regulatory bodies.

### The "Hit Job": Public Defamation Without Process

5.  On September 30, 2025, without any prior warning, notice of charges, hearing, or opportunity to be heard, I discovered that the New York State Department of Health ("DOH") had publicly branded me a criminal.

6.  The DOH published my name and the name of my practice on a public website titled "School Vaccination Fraud Awareness."

- This website explicitly accuses listed providers of "vaccination fraud."
- It groups me with physicians who have been "permanently excluded," "banned," or who have surrendered their medical licenses.
- It contains a directive to all schools in New York State to reject my medical records, stating: "Paper-only records of vaccinations administered after this date from this provider must not be accepted."

7.  This public listing was devastating. It was a digital scarlet letter that instantly destroyed my credibility with school nurses, administrators, and the public. I began receiving frantic calls from patients who had been told by their schools that my records were "fraudulent" and "void."

### The "Plus" Factor: Crippling My Practice

8.  Simultaneously with this defamation, the DOH summarily suspended my access to the New York State Immunization Information System ("NYSIIS"). Access to NYSIIS is not optional; it is a state-mandated tool essential for

practicing pediatrics in New York. Without it, I cannot verify vaccination histories, report new immunizations as required by law, or generate the official forms my patients need for school.

9. The DOH did not just suspend me. In an act of collective punishment, they suspended the NYSIIS accounts of my entire clinic, including seven nurses and staff members who had absolutely no involvement in the allegations against me. This action effectively shut down my clinic's ability to function as a vaccination provider.

10. I was never provided with the mandatory procedural safeguards guaranteed to physicians under Public Health Law § 230. I received no 20-day notice letter. I was never offered an interview to explain the facts or defend my medical judgment before these punitive actions were taken.

11. Instead, the DOH issued a defective subpoena citing general administrative powers (PHL § 206) to conduct a fishing expedition into 51 of my patient files, unrelated to the specific allegations.

### Witness Intimidation and Harassment

12. After my attorney formally objected to these illegal tactics, the DOH escalated its campaign. My patients began reporting that they were receiving harassing phone calls from DOH Investigator Jennifer Person.

13. One patient, Barbara Campbell, informed me (and provided video evidence) that Investigator Person called her, subjected her to a hostile interrogation, and explicitly slandered me by asking, "Were you aware Dr. Ismail is against vaccines?" This is a malicious lie; I run a clinic that frequently administers vaccines.

14. Even more terrifying, Investigator Person threatened this patient with an unannounced home visit, stating, "It's not impossible that I would knock on your door."

15. This threat became reality for my staff. On November 14, 2025, DOH "detectives" went to the private home of my employee, Maria Petersen, RN, to conduct an unannounced interrogation. This tactic was clearly designed to intimidate my staff and bypass my legal counsel.

16. The DOH's malice is personal. On November 10, 2025, I obtained written confirmation from Brittany Checksfield, RN, of the Onondaga County Health Department, that she had reviewed and validated my own son's immunization records and entered them into NYSIIS. She confirmed he was "up to date."

17. On November 12, 2025, less than 48 hours later, those records were deleted from the NYSIIS system. This "wiping" of valid government records was an act of sabotage that resulted in my six-year-old son being pulled out of school ten minutes after I dropped him off. The DOH is now using this manufactured "lack of records" to justify his continued exclusion.

### Irreparable Harm

18. The harm I am suffering is immediate, severe, and irreparable.

- **Reputational Ruin:** My name is publicly listed as a "fraud" by the State of New York. This stigma is permanent and growing every day the website remains up.

-5-

- **Loss of Patients:** I am losing patients daily who are being told by schools and DOH agents that my care is "void" and they must find a new doctor.

- **Inability to Practice:** Without NYSIIS access, I cannot perform the essential functions of a pediatrician.

- **Emotional Distress:** The stress of this coordinated attack, the harassment of my patients and staff, and the targeting of my own child has caused me profound emotional anguish.

19. I respectfully request that this Court intervene immediately to stop this abuse of power, remove my name from the "Fraud" list, and restore my ability to care for my patients.

Pursuant to 28 U.S.C. 1746, I certify under penalty of perjury that the foregoing is true and correct.

_____
Shareen Ismail, M.D.