UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

SHAREEN ISMAIL, M.D., and THE ALEXANDRE CENTRE
FOR CHILDREN'S HEALTH (ISMAIL MEDICINE PLLC),

                Plaintiffs,

vs.                                      Civil Action No.: 5:25-cv-01653

NEW YORK STATE DEPARTMENT OF HEALTH,
JAMES V. MCDONALD, M.D., M.P.H., JOSEPH A.
GIOVANNETTI, ESQ., JENNIFER PERSON, and
JOHN DOES 1-5 (Unknown DOH Investigators),

                Defendants.

---

### DECLARATION OF BARBARA CAMPBELL

**PURSUANT TO 28 U.S.C. § 1746**, I, **BARBARA CAMPBELL**, declare as follows:

1. I am a resident of Syracuse, New York. I am the mother of Hudson Campbell, a minor child.

2. My child is a patient of Dr. Shareen Ismail at The Alexandre Centre for Children's Health. I submit this Declaration to attest to the harassment and intimidation I experienced at the hands of the New York State Department of Health ("DOH").

3. **The School Notification:** On October 7, 2025, I received a call from Renee Fuller, the school nurse at Burton Street Elementary School. She informed me that my son would need to get his upcoming vaccine from a "different provider" because The Alexandre Centre was "under investigation." She provided no further details.

4. **The DOH Call:** Concerned, I called the NYS DOH that day to verify if my son's previous vaccines were still valid. They could not give me an answer and told me to call back. I did not call back.

5. **The Interrogation (October 8, 2025):** On October 8, 2025, at approximately 1:15 PM, I received a phone call from a woman identifying herself as Jennifer Person from the New York State Department of Health.

6. I was at home at the time. The conversation took place in my dining room and was recorded by my Ring security camera. I have provided the video and audio files of this conversation to Dr. Ismail's attorney, which I understand are attached as **Exhibit K** to his declaration. I have reviewed the files attached with that Exhibit and they are a true and accurate recording of the call.

7. **The Harassment:** Ms. Person did not simply answer my question about my son's records. Instead, she launched into a 15-minute interrogation about my relationship with Dr. Ismail. She asked me intrusive questions such as:

- "How well do you know Dr. Ismail?"
- "Why do you go to her?"
- "Did she ever try to talk you out of vaccinating?"
- She demanded that I provide her with records of my visits and any pamphlets Dr. Ismail had given me.

8. **The Defamation:** During the call, Ms. Person made a statement that shocked me. She asked, "Were you aware Dr. Ismail is against vaccines?"

- I immediately replied, "No, she gives my kids vaccines, why would I think she was anti-vaccine?"

- Ms. Person's question was clearly intended to make me doubt my doctor's medical judgment and to smear her reputation.

9. **The Interference:** Ms. Person explicitly told me that I could no longer use Dr. Ismail for vaccinations.

- She stated that any vaccines administered by the Centre after September 30 were "null and void."
- She instructed me: "You're going to need to . . . go back to the original pediatrician . . . and get that vaccine."
- I felt she was ordering me to leave Dr. Ismail's practice.

10. **The Threat:** The most frightening part of the call occurred when Ms. Person threatened to come to my home.

- She stated: "We're in and out of the Syracuse area. It's not impossible that I would knock on your door."
- I interpreted this as a threat that government agents would raid or visit my private home if I did not cooperate. It felt incredibly invasive and intimidating.

11. I was left shaken by this call. I felt I was being treated like a criminal simply for taking my child to a licensed pediatrician.

Pursuant to 28 U.S.C. 1746, I certify under penalty of perjury that the foregoing is true and correct.

_/s/ D Campbell_
Barbara Campbell