# School Vaccination Fraud Awareness

The New York State Department of Health protects and promotes health and well-being for all, including keeping children safe from vaccine-preventable diseases. Vaccine fraud is a serious threat to public health and safety across New York, and combating it in all forms is a top priority. Report all cases of suspected vaccine fraud to stopvaxfraud@health.ny.gov.

## Spotting a Fraudulent Record

The New York State Department of Health wants to help schools recognize red flags on immunization records to stop fraud. Schools are on the frontlines in the defense against vaccine preventable diseases and have the responsibility to reject immunization records they believe to be fraudulent based on their knowledge and assessment of the facts.

- Learn more: Spotting a Fraudulent Record Fact Sheet (PDF)

## When students are impacted by school vaccination fraud:

- School administrators must immediately exclude any student who no longer meets school immunization requirements due to a fraudulent immunization record;
- School nurses or administrators must notify parents that the student must be excluded and which vaccines are required to return to school;
- School nurses or administrators must notify their county health department of all immunization-related exclusions; and,
- Excluded students must receive the next required dose for each incomplete vaccine series before returning to school.
- Students must then stay up to date using the minimum dose intervals in the ACIP Catch-Up Schedule or be excluded again when they become overdue for follow-up doses.

## Be aware when reviewing school vaccination records (these directives may be expanded to include records issued by a provider on any date as investigations continue):

Public Health Law requires that any provider who administers a pediatric vaccination to a person less than nineteen years of age report the vaccination to the New York State Immunization Information System (NYSIIS) or, in New York City, the Citywide Immunization Registry (CIR). The Department of Health may determine that any vaccination administered, or purportedly administered, in violation of Public Health Law is invalid for purposes of satisfying New York's school vaccination requirements. Each of the providers listed below is either suspended from, terminated from, or otherwise without access to NYSIIS, CIR, or both. Schools may not accept "paper-only" records of pediatric vaccinations from these providers as of dates specified below, as such vaccinations were necessarily administered in violation of Public Health Law. Schools are encouraged to check this list regularly for any updates and changes.

- **Guiseppina Benincasa-Feingold, MD (a/k/a Dr. Jo Feingold, Valley Health & Hyperbarics)** – Currently suspended from using the New York State Immunization Information System as of 04/22/2024. Paper-only records of vaccinations administered after this date from this provider must not be accepted.
- **Jeanette Breen, CNM (Baldwin Midwifery)** - Paper-only records of vaccinations administered by this provider, regardless of the date, must not be accepted.

- **Vincent Campasano, MD (a/k/a Jim Campasano)** – Permanently excluded from using the New York State Immunization Information System as of 02/16/2024. Paper-only records of vaccinations administered after this date from this provider must not be accepted.
- **Maricela Deleon, RN (Valley Health & Hyperbarics)** – Currently suspended from using the New York State Immunization Information System as of 04/19/2024. Paper-only records of vaccinations administered after this date from this provider must not be accepted.
- **Julie DeVuono, NP, RN (Wild Child Pediatrics)** - Paper-only records of vaccinations administered by this provider, regardless of the date, must not be accepted.
- **Gabriel Dugue, MD (See Me Doc)** – Currently suspended from using the New York State Immunization Information System as of 05/17/2024. Paper-only records of vaccinations administered after this date from this provider must not be accepted.
- **Yanick Dugue, PA (See Me Doc)** – Currently suspended from using the New York State Immunization Information System as of 05/17/2024. Paper-only records of vaccinations administered after this date from this provider must not be accepted.
- **Isadora Guggenheim, NP, RN (Second Nature Naturopathic Care, LLC)** – Currently suspended from using the New York State Immunization Information System as of 06/29/2022. Paper-only records of vaccinations administered after this date from this provider must not be accepted.
- **Caroline Hartridge, MD** – Banned from providing school vaccination medical exemptions on 12/18/2023, and all existing medical exemptions signed by her are invalid.
- **Shareen Ismail, MD (Alexandre Centre for Children's Health)** – Currently suspended from using the New York State Immunization Information System as of 9/30/25. Paper-only records of vaccinations administered after this date from this provider must not be accepted.
- **Faiz Khan, MD (Advanced Medicine of Long Island)** – Currently suspended from using the New York State Immunization Information System as of 5/30/2024. Paper-only records of vaccinations administered after this date from this provider must not be accepted.
- **Sandra Miceli, NP, RN (Surviving Naturally)** - Paper-only records of vaccinations administered by this provider, regardless of the date, must not be accepted.
- **Cynthia D. Nekos, Pharmacist** – Permanently excluded from using the New York State Immunization Information System as of 12/13/2022. Paper-only records of vaccinations administered after this date from this provider must not be accepted.
- **Mark Nesselson, MD** – Is based in New York, NY and does not have access to either the Citywide Immunization Registry or the New York State Immunization Information System. Paper-only records of vaccinations administered after 07/31/2024 from this provider must not be accepted.
- **Michael Purcell, DO (Purcell Integrative Osteopathic Clinic)** – Currently suspended from using the New York State Immunization Information System as of 4/26/24. Paper-only records of vaccinations administered after this date from this provider must not be accepted.
- **Carlos Juan Rivera, MD (Doc Dash)** – Currently suspended from using the New York State Immunization Information System as of 02/08/2024. Paper-only records of vaccinations administered after this date from this provider must not be accepted.
- **Christopher Scianna, DO** – Has agreed to no longer practice medicine in New York State as of 01/05/2023. Paper-only records of vaccinations administered after this date from this provider must not be accepted.

Handwritten statements by any provider that a student has had positive titers must only be accepted if accompanied by official laboratory results confirming immunity. **Doctors' notes alone are not acceptable as proof of immunity.**

## School vaccination fraud press releases:

- 09/09/2024 - [Julie DeVuono, Wild Child Pediatrics](#)
- 05/07/2024 - [Sandra Miceli, Surviving Naturally](#)
- 01/17/2024 - [Jeanette Breen, Baldwin Midwifery](#)

**Report suspicions of vaccination fraud to [stopvaxfraud@health.ny.gov](mailto:stopvaxfraud@health.ny.gov)**

**Send questions about school vaccination requirements to [osas@health.ny.gov](mailto:osas@health.ny.gov)**