STATE OF NEW YORK    :    DEPARTMENT OF HEALTH
-------------------------------------------------------------------------------

IN THE MATTER

OF

Alexandre Centre for Children's Health
(Inv. No. DOH-0942(b))
-------------------------------------------------------------------------------

To:          **The Alexandre Centre for Children's Health**
             8016 East Genessee Street
             Fayetteville, NY 13066

YOU ARE HEREBY COMMANDED to produce for inspection and reproduction by a duly designated representative of the Commissioner of Health of the State of New York on or before **October 15, 2025**, the items in your possession or under your control, which are identified in the paragraph below, by electronic mail to Joseph Giovannetti, Director, Bureau of Investigations, at Joseph.Giovannetti@health.ny.gov. In the alternative, these items may be produced by mailing the same to Joseph Giovannetti, Director, Bureau of Investigations, Division of Legal Affairs, New York State Department of Health, Corning Tower, Room 2438, Albany, New York 12237.

1.    Any and all order forms, purchase orders, confirmations, invoices, bills, receipts, shipping notices, packing slips, and other records related to the ordering, purchasing, shipping, receipt, and return/exchange of any and all of the following vaccines[1] from **January 1, 2023**, to

---

[1] The nomenclature used for the TEN (10) vaccines enumerated in this paragraph is that which the Alexandre Centre for Children's Health used when entering vaccination records into the New York State Immunization Information System ("NYSIIS") from October 2024 to present.

1

present:

      (i)      MenQuadfi

      (ii)     Adacel

      (iii)    IPOL

      (iv)    Boostrix

      (v)     Menveo

      (vi)    Proquad

      (vii)   Pediarix

      (viii)  Vaxneuvance

      (ix)    PedvaxHIB

      (x)     Kinrix

2.     Any and all records regarding vaccination administered by Shareen Ismail, Maria Peterson, or any other member, associate, or employee of the Alexandre Centre for Children's Health, of the fifty-one (51) individuals whose names and dates of birth are listed in **Addendum 1**, attached hereto, including but not limited to medical records (a/k/a "charts"); clinical notes; appointment/scheduling records; billing records; and correspondence from, to, with, or on behalf of the individuals' parent(s), guardian(s), and healthcare proxy(ies).[2]

3.   Records sufficient to identify the names, dates of birth, and last-known contact information (addresses and telephone numbers) of any and all individuals who were members,

---

[2] The Alexandre Centre for Children's Health reported to NYSIIS having administered at least one vaccination to each of the individuals listed in Addendum 1. This subpoena demands any and all records related to the administration of the reported vaccinations.

associates, and/or employees of the Alexandre Centre for Children's Health at any time, and for any duration of time, from January 1, 2023, to present.

    4.    A completed (i.e., signed and dated) New York State Department of Health New York State Immunization Information System ("NYSIIS") User Agreement form.[3]

    The authority for this Subpoena Duces Tecum is Public Health Law § 206(4)(a) and § 12-a(1). Failure to comply with this Subpoena Duces Tecum may subject you to such penalties as are provided by the laws of the State of New York.

DATED: Albany, New York                    James V. McDonald, M.D., M.P.H.
        September 30, 2024                  Commissioner of Health


                          BY:    _____
                                 Joseph A. Giovannetti, Esq.
                                 Director, Bureau of Investigations
                                 Division of Legal Affairs
                                 New York State Department of Health


**Inquiries to:**  Joseph A. Giovannetti, Esq.

**Phone:**        (518) 703-1344

**Email:**        joseph.giovannetti@health.ny.gov

---

[3] Per the NYSIIS User Agreement itself, "This form must remain on file at the User's organization and readily available upon request." *See* NYSIIS User Agreement, p. 4.

3