

Chad Davenport <cdavenport@davenport.law>

## NYS Department of Health - Inv. DOH-0942(a) and (b)

**Giovannetti, Joseph (HEALTH)** <Joseph.Giovannetti@health.ny.gov>     Wed, Oct 1, 2025 at 7:41 AM
To: Shareen Ismail <shareenismail@hotmail.com>, Chad Davenport <cdavenport@davenport.law>
Cc: "Person, Jennifer (HEALTH)" <Jennifer.Person2@health.ny.gov>

Dr. Ismail and Mr. Davenport:

There are now two active DOH investigations involving Dr. Ismail and vaccines.

The first, DOH-0942(a), is regarding the immunization records that Dr. Ismail submitted to Montessori School of Syracuse on behalf of her son. The second, DOH-0942(b), is regarding the vaccination practices and NYSIIS reporting of the Alexandre Centre for Children's Health (a/k/a Ismail Medicine PLLC).

Investigator Person served a subpoena on the Alexandre Centre yesterday. A courtesy electronic copy is attached. Note the compliance date of October 15, 2025.

Our investigation to date has determined substantial information that casts serious doubt on the credibility of Dr. Ismail related to vaccination reporting. For that reason, we have suspended the Alexandre Centre's NYSIIS account pursuant to PHL § 2168(9), effective immediately. Any vaccinations administered by the Alexandre Center without NYSIIS access would be in violation of Public Health Law, and considered invalid by the Department of Health.

I am traveling the next two days and will be unavailable by telephone. Mr. Davenport, please confirm for us whether you represent the Alexandre Centre in Inv. DOH-0942(b).

Thank you,

Joe Giovannetti

**Joseph A. Giovannetti, Esq.**

*Pronouns:* he/him/his *(What's This?)*

Director, Bureau of Investigations | Division of Legal Affairs

**New York State Department of Health**

Empire State Plaza, Corning Tower, 23rd FL, Albany, NY 12237

P: (518) 703-1344

joseph.giovannetti@health.ny.gov

https://www.health.ny.gov/

---

**From:** Chad Davenport <cdavenport@davenport.law>
**Sent:** Thursday, September 25, 2025 3:44 PM
**To:** Giovannetti, Joseph (HEALTH) <Joseph.Giovannetti@health.ny.gov>
**Cc:** Shareen Ismail <shareenismail@hotmail.com>
**Subject:** Follow up re: Investigation DOH-0942

You don't often get email from cdavenport@davenport.law. Learn why this is important

> ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

Please see attached and advise of new dates for your requested investigation.

Thank you,

Chad

--

Chad A. Davenport
Davenport Law PLLC
Phone: (716) 217-0328
www.davenport.law

---

**2 attachments**


**DOH-0942(b) - Subpoena - Alexandre Centre for Children's Health .pdf**
212K


**DOH-0942(b) - Subpoena - Addendum 1.pdf**
41K