

Chad Davenport <cdavenport@davenport.law>

## NYS Department of Health - Inv. DOH-0942(a) and (b)

**Giovannetti, Joseph (HEALTH)** <Joseph.Giovannetti@health.ny.gov>   Mon, Oct 27, 2025 at 5:09 PM
To: Chad Davenport <cdavenport@davenport.law>
Cc: Shareen Ismail <shareenismail@hotmail.com>, "Person, Jennifer (HEALTH)" <Jennifer.Person2@health.ny.gov>

Counsel, we've received your formal objection and refusal to comply. (We note that your objection was sent and received 5 days after the compliance date.) In response, this is to inform you and Dr. Ismail that the Department will not withdraw its lawful subpoena, nor will we reinstate NYSIIS access to Dr. Ismail and the Alexandre Centre at this time. In light of the NYSIIS suspension, we will not remove Dr. Ismail and the Alexandre Centre from the Department webpage that lists suspended and terminated providers.

Respectfully,

[Quoted text hidden]