

Chad Davenport <cdavenport@davenport.law>

# Fw: Uploading immunization record for child
3 messages

**Shareen Ismail** <shareenismail@hotmail.com>  Mon, Nov 10, 2025 at 7:23 PM
To: Chad Davenport <cdavenport@davenport.law>



**From:** HL-Immunization <Immunization@ongov.net>
**Sent:** Monday, November 10, 2025 3:29 PM
**To:** Shareen Ismail <shareenismail@hotmail.com>
**Subject:** Re: Uploading immunization record for child

Hello,

I put all of ▇▇▇▇▇▇ vaccines into the New Your State Immunization Information System. He is up to date with current NY school requirements.

Thank you,

Brittany Checksfield BSN, RN
Onondaga County Health Department
421 Montgomery Street
Syracuse, NY 13202
Phone: 315-435-2074 ext. 4554
Fax: 315-435-3884
Email: brittanychecksfield@ongov.net

_____

Confidentiality notice: This document is from the Onondaga County Health Department and is intended for the addressee only and may contain information covered under the Privacy Act, 5 USC 552(a), and/or the Health Insurance Portability and Accountability Act (PL 104-191). If this correspondence contains health care information, it is being provided to you after appropriate authorization from the patient or under circumstances that do not require patient authorization. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. Re disclosure without additional patient consent or as permitted by law is prohibited. If you have received this correspondence in error, please notify the sender at once and destroy any copies you have received or made. Additionally, this email message, including all attachments, may contain confidential law enforcement investigative information. Unauthorized use or disclosure of this information is prohibited. If you are not the intended recipient, you may not use, disclose, copy or disseminate this information. If you received this message in error, please immediately destroy all copies of the original message and attachments and notify the sender of this message by reply email or by calling 315 435-3800.

**From:** Shareen Ismail <shareenismail@hotmail.com>
**Sent:** Saturday, November 8, 2025 9:13 PM
**To:** HL-Immunization <shots@ongov.net>
**Subject:** Uploading immunization record for child

> **NOTICE:** This email originated from **outside** of Onondaga County's email system. **Use caution** with links and attachments.

Hello,

Can you please upload my child's immunization record from out of state into your state's recording electronic recording system? I also have recent titer levels and am wondering if those also should be scanned and sent for record? Thank you kindly. I spoke with a lovely lady named Dottie last week.

Child's name: ███████████
Date of Birth: 11/11/2018
My name: Sharee Ismail, mother and sole custodian
Address: Three Quaker Hill Road, Syracuse 13224
Phone number: 315-569-1612

---

**Shareen Ismail** <shareenismail@hotmail.com>  Fri, Nov 14, 2025 at 10:22 AM
To: "shots@ongov.net" <shots@ongov.net>

Hello,

Last week I forwarded my child's immunizations records to be uploaded into NYSIIS as per his school's request. I received confirmation from one of your nurses on the 10th this was done and that he was current for age and grade. The next day someone accessed my child's record without permission and deleted the entire record. This was confirmed by both the school and his pediatrician's office. Can you please let me know how this was done and who performed this action? Thank you so much. His name is ███████████, previously ███████████, date of birth 11/11/20018.

Shareen Ismail

**From:** Shareen Ismail <shareenismail@hotmail.com>
**Sent:** Saturday, November 8, 2025 9:13 PM
**To:** shots@ongov.net <shots@ongov.net>
**Subject:** Uploading immunization record for child

[Quoted text hidden]

---

**Shareen Ismail** <shareenismail@hotmail.com>  Fri, Nov 14, 2025 at 11:06 PM
To: "cdavenport@davenport.law" <cdavenport@davenport.law>

---

**From:** Shareen Ismail <shareenismail@hotmail.com>
**Sent:** Friday, November 14, 2025 10:22 AM
**To:** shots@ongov.net <shots@ongov.net>
**Subject:** Re: Uploading immunization record for child

[Quoted text hidden]