

🌐 Home - Young Livin...    🌐 Inspired Sharing    🌐 Oil Ability Team - Yo...    🎤 Virtual Office

| Student Name (First - MI - Last) | | DOB | Gender | Tracking Schedule |
|---|---|---|---|---|
| ▓▓▓▓▓▓ | | ▓▓▓▓▓ | M | ⌄ |

Comments

## Reports

Add this Student to a Report List          Please Pick a Report List ⌄

## History

| Vaccine Group | Date Administered | Series | Vaccine [Trade Name] | Dose | Reactio |
|---|---|---|---|---|---|
| DTP/aP | 02/01/2019 | 1 of 5 | DTaP, unspecified formulation | | |
| | 04/16/2019 | 2 of 5 | DTaP, unspecified formulation | | |
| | 06/28/2019 | 3 of 5 | DTaP, unspecified formulation | | |
| | 12/14/2020 | 4 of 5 | DTaP, unspecified formulation | | |
| | 10/18/2024 | 5 of 5 | DTaP, unspecified formulation | | |
| HepB | 12/14/2020 | 1 of 3 | Hep B | | |
| | 01/11/2021 | 2 of 3 | Hep B | | |
| | 04/08/2021 | 3 of 3 | Hep B | | |
| Hib | 02/01/2019 | 1 of 4 | Hib | | |
| | 04/16/2019 | 2 of 4 | Hib | | |
| | 06/28/2019 | 3 of 4 | Hib | | |
| | 12/06/2022 | 4 of 4 | Hib | | |
| MMR | 12/16/2021 | 1 of 2 | MMR | | |
| | 10/03/2024 | 2 of 2 | MMR | | |
| Pneumococcal | 02/01/2019 | 1 of 4 | Pneumococcal, NOS | | |
| | 04/16/2019 | 2 of 4 | Pneumococcal, NOS | | |
| | 06/28/2019 | 3 of 4 | Pneumococcal, NOS | | |
| | 12/06/2022 | 4 of 4 | Pneumococcal, NOS | | |
| Polio | 12/14/2020 | 1 of 4 | Polio-Inject [IPOL ®] | | |
| | 01/11/2021 | 2 of 4 | Polio-Inject [IPOL ®] | | |
| | 02/10/2021 | 3 of 4 | Polio-Inject [IPOL ®] | | |
| | 10/18/2024 | 4 of 4 | Polio-Inject [IPOL ®] | | |
| Varicella | 12/16/2021 | 1 of 2 | Varicella | | |
| | 10/03/2024 | 2 of 2 | Varicella | | |

Current Age: 6 years, 11 months, 30 days

Vaccines Recommended by Selected Tracking Schedule

Q Search



nysiis.health...

home | manage access/account | forms | related links | logout | help desk

*organization* **Burton Street Elementary** • *user* **Renee Fuller** • *role* **School Access**

## Student Information

Print | Print Confidential | Cancel

| Student Name (First - MI - Last) | DOB | Gender | Tracking Schedule |
|---|---|---|---|
| ████████ | ████ | M | |

Comments

## Reports

Add this Student to a Report List

Please Pick a Report List

## History

| Vaccine Group | Date Administered | Series | Vaccine [Trade Name] | Dose | Reaction |
|---|---|---|---|---|---|
| | | This patient has no immunizations associated with it. | | | |

**Current Age: 7 years, 1 day**

## Vaccines Recommended by Selected Tracking Schedule

| Vaccine Group | Earliest Date | Recommended Date | Overdue Date | Latest Date |
|---|---|---|---|---|
| COVID-19 | 11/11/2023 | 11/11/2023 | 11/11/2023 | |
| HepA | 11/11/2019 | 11/11/2019 | 11/11/2020 | |
| HepB | 11/11/2018 | 11/11/2018 | 12/09/2018 | |
| Influenza | 05/11/2019 | 08/01/2025 | 06/11/2019 | |
| MMR | 11/11/2019 | 11/11/2019 | 03/11/2020 | |
| Polio | 12/23/2018 | 01/11/2019 | 02/11/2019 | |
| Td/Tdap | 11/11/2025 | 11/11/2025 | 11/11/2025 | |
| Varicella | 11/11/2019 | 11/11/2019 | 03/11/2020 | 11/10/2031 |

## Blood Lead Test History

| Age Tested | Completed | Age Tested | Completed | Age Tested | Completed |
|---|---|---|---|---|---|
| 1 Year Old* | No | 2 Year Old* | Yes | 3-6 Year Old** | No |