UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

SHAREEN ISMAIL, M.D., and THE ALEXANDRE CENTRE
FOR CHILDREN'S HEALTH (ISMAIL MEDICINE PLLC),

                       Plaintiffs,                       Civil Action No.: 5:25-cv-01653

vs.

NEW YORK STATE DEPARTMENT OF HEALTH,
JAMES V. MCDONALD, JOSEPH A. GIOVANNETTI,
JENNIFER PERSON, and JOHN DOES 1-5,

                       Defendants.

_____

## NOTICE OF MANUAL FILING

**PLEASE TAKE NOTICE** that Plaintiffs are manually filing the following exhibit in support of their Motion for a Temporary Restraining Order and Preliminary Injunction, as it cannot be converted to electronic form for uploading to the Court's CM/ECF system: **Exhibit K: Video and Audio Recordings (Ring Camera Footage of Call between Investigator Jennifer Person and Barbara Campbell)**

        This exhibit consists of digital video files (.mp4 format) which are being delivered to the Clerk's Office on a USB flash drive. Copies of the manual filing are being served upon the Defendants as directed by the Order to Show Cause.

Dated: December 2, 2025                            Respectfully submitted,

                                                            **Davenport Law PLLC**

                                                             */s/ Chad A. Davenport*

                                                             Chad A. Davenport, Esq.
                                                             *Attorney for Plaintiff*
                                                             Davenport Law PLLC
                                                             6384 Deanna Drive
                                                             Hamburg, NY 14075

-2-

(716) 217-0328
cdavenport@davenport.law