_____

In the Matter of the Claim of

SHAREEN ISMAIL, M.D., and THE ALEXANDRE CENTRE FOR CHILDREN'S HEALTH (operating as Ismail Medicine PLLC),

                     Claimants,

-against-

THE STATE OF NEW YORK, and
THE NEW YORK STATE DEPARTMENT OF HEALTH,

                     Respondents.

_____

## NOTICE OF CLAIM

**To:**     **THE ATTORNEY GENERAL OF THE STATE OF NEW YORK**
           Managing Attorney's Office
           Empire State Plaza
           Justice Building, 2nd Floor
           Albany, NY 12224

      **PLEASE TAKE NOTICE**, pursuant to the New York Court of Claims Act and other applicable laws, that **SHAREEN ISMAIL, M.D.**, and **THE ALEXANDRE CENTRE FOR CHILDREN'S HEALTH** (operating as Ismail Medicine PLLC) (hereinafter collectively "Claimants"), by their attorney, Chad A. Davenport of Davenport Law PLLC, hereby make a claim against the **STATE OF NEW YORK** and its agency, the **NEW YORK STATE DEPARTMENT OF HEALTH** (hereinafter collectively "the State"), for damages arising from the wrongful and unlawful conduct described herein.

      The names and post office addresses of the Claimants are:

      Shareen Ismail, M.D.
      8016 East Genessee Street
      Fayetteville, NY 13066

The Alexandre Centre for Children's Health
8016 East Genessee Street
Fayetteville, NY 13066

The name and post office address of the attorney for the Claimants is:

Chad Davenport
Davenport Law PLLC
6384 Deanna Drive
Hamburg, NY 14075
716-217-0328
cdavenport@davenport.law

1. **The time when and place where such claim arose:** The claims arose on or about **September 30, 2025**, and continue to the present date, originating from actions taken by the New York State Department of Health (DOH), likely directed from its offices in Albany, New York, with impacts felt by Claimants statewide and specifically at their practice located at 8016 East Genesee Street, Fayetteville, New York. The specific tortious conduct occurred as follows:

- **Defamation and Injurious Falsehood:** On or about September 30, 2025, the DOH published Dr. Ismail's name and her practice, The Alexandre Centre for Children's Health, on its public "School Vaccination Fraud Awareness" webpage. This publication, made while the DOH's investigation was merely beginning and without any formal finding of wrongdoing or due process, falsely accused and implied Claimant Dr. Ismail engaged in fraudulent activity concerning school vaccinations. These statements constitute **defamation** and **defamation** *per se* against Dr. Ismail in her profession and **injurious falsehood** against the business reputation of The Alexandre Centre for Children's Health.

- **Tortious Interference with Business Relations:** Simultaneously, on or about September 30, 2025, the DOH wrongfully suspended the New York State Immunization Information System (NYSIIS) access for the entire Centre, including all seven nurses unaffiliated with the specific allegations against Dr. Ismail. This deliberate action, based on unsubstantiated allegations and carried out with malice or reckless disregard for the consequences, intentionally interfered with the Centre's existing and prospective business relationships with its patients by preventing the provision of essential vaccination services, constituting **tortious interference with business relations**.

- **Abuse of Process and Violation of Due Process (NYS Constitution):** The DOH initiated and pursued its investigation (Inv. No. DOH-0942(b)) and took the aforementioned punitive actions (website publication, NYSIIS suspension, issuance of an overbroad subpoena) by improperly invoking the Commissioner's general administrative powers under Public Health Law (PHL) § 206 and § 12-a. This was done to circumvent the specific, mandatory procedures and due process safeguards required for physician misconduct investigations under PHL § 230, including the right to a pre-investigation interview and proper notice. Using the legal process under improper authority for the ulterior purpose of punishing and damaging Claimants, rather than conducting a legitimate fact-finding inquiry under the correct statute, constitutes **abuse of process** and a **violation of Claimants' due process rights** secured by the New York State Constitution.

These actions were undertaken maliciously, recklessly, and/or negligently by the State and its agents, causing direct and ongoing harm to Claimants.

2.  **The nature of the claim:** This claim arises from **defamation**, **tortious interference with business relations**, **injurious falsehood**, **abuse of process**, **violation of due process rights** under the New York State Constitution, and potentially other tortious conduct committed by the State, acting through the New York State Department of Health (DOH), its agents, officers, and employees. Specifically, the DOH:

- Published false, misleading, and damaging statements about Claimant Dr. Ismail and her practice, The Alexandre Centre for Children's Health, on its official website, accusing Dr. Ismail of engaging in "school vaccination fraud" without affording due process, completing a proper investigation, or reaching any formal adjudication of wrongdoing.

- Wrongfully suspended the NYSIIS access of Claimant The Alexandre Centre for Children's Health and *all* of its nursing staff based on unsubstantiated allegations against Dr. Ismail, intentionally and maliciously interfering with the Centre's operations and its ability to serve its patients.

- Initiated and pursued an investigation (Inv. No. DOH-0942(b)) using improper statutory authority (PHL § 206/§ 12-a) to circumvent mandatory procedural safeguards (PHL § 230), constituting an abuse of process designed to harass and punish Claimants rather than conduct a legitimate inquiry.

3. **The items of damage or injuries claimed to have been sustained:** As a direct and proximate result of the State's wrongful actions, Claimants have suffered, and continue to suffer, significant damages, including but not limited to:

- **Severe damage to Dr. Ismail's professional reputation and standing**.

- **Severe damage to the business reputation and goodwill** of The Alexandre Centre for Children's Health.

- **Significant economic loss and damage to The Alexandre Centre for Children's Health**, including loss of patients, inability to provide essential vaccination services, disruption of operations, costs incurred notifying patients, and potential invalidation of previously administered vaccines .

- **Emotional distress, humiliation, anxiety, and mental anguish** suffered by Dr. Ismail resulting from the public accusation of fraud and the malicious investigation.

- **Costs associated with retaining legal counsel** to defend against the DOH's improper actions, challenge the subpoena, seek reinstatement of NYSIIS access, and mitigate the damages caused.

Claimants' damages are ongoing and continuing.

4. **The total sum claimed:** The total amount claimed on behalf of both Shareen Ismail, M.D., and The Alexandre Centre for Children's Health is **TEN**

**MILLION DOLLARS ($10,000,000.00)**, representing damages sustained and reasonably anticipated to be sustained in the future as a result of the State's conduct.

**WHEREFORE,** Claimants, SHAREEN ISMAIL, M.D., and THE ALEXANDRE CENTRE FOR CHILDREN'S HEALTH, respectfully request that the State of New York honor this claim for the sum of Ten Million Dollars ($10,000,000.00).

Dated: October 23, 2025              **Davenport Law PLLC**

*/s/ Chad A. Davenport*

Chad A. Davenport, Esq.
*Attorney for Plaintiffs*
Davenport Law PLLC
6384 Deanna Drive
Hamburg, NY 14075
(716) 387-5659
cdavenport@davenport.law

## VERIFICATION

STATE OF NEW YORK      )
                                       ) ss.:
COUNTY OF ONONDAGA )

SHAREEN ISMAIL, being duly sworn, deposes and says:

I am the Claimant in the within action, and I am the principal owner and authorized representative of The Alexandre Centre for Children's Health (Ismail Medicine PLLC). I have read the foregoing Notice of Intention to File a Claim and know the contents thereof; the same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true.

I affirm this 23 day of October, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_____
SHAREEN ISMAIL

Sworn to and subscribed before me
this 23 day of October, 2025

_____
Notary Public

MATTHEW TANCHICK
Notary Public - State of New York
NO. 01TA6431010
Qualified in Onondaga County
My Commission Expires Mar 28, 2026