UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

SHAREEN ISMAIL, M.D., and THE ALEXANDRE CENTRE
FOR CHILDREN'S HEALTH (ISMAIL MEDICINE PLLC),

                      Plaintiffs,

                                                                   Civil Action No.: 5:25-cv-01653

vs.

NEW YORK STATE DEPARTMENT OF HEALTH,
JAMES V. MCDONALD, JOSEPH A. GIOVANNETTI,
JENNIFER PERSON, and JOHN DOES 1-5,

                      Defendants.
_____

### PROPOSED ORDER TO SHOW CAUSE
### WITH TEMPORARY RESTRAINING ORDER

**UPON** the reading and filing of the Verified Complaint of Plaintiffs, verified on November 24, 2025; the Memorandum of Law in Support of Plaintiffs' Application for a Temporary Restraining Order and Preliminary Injunction; the Declaration of Shareen Ismail, M.D.; the Declaration of Barbara Campbell; the Declaration of Maria Petersen, RN; the Attorney Declaration of Chad A. Davenport, Esq.; and the exhibits attached thereto; and good cause having been shown for proceeding by Order to Show Cause pursuant to Fed. R. Civ. P. 65 and Local Rule 7.1(e); and

        It appearing to the Court that Plaintiffs have demonstrated a likelihood of success on the merits of their claims under 42 U.S.C. § 1983 for violations of the First, Fourth, and Fourteenth Amendments; that Plaintiffs will suffer immediate and irreparable injury, loss, and damage before Defendants can be heard in opposition, specifically the destruction of their medical practice, professional reputation, and ability to practice medicine due to the Defendants' "School Vaccination Fraud" listing and

summary suspension of NYSIIS access; and that the balance of equities and public interest favor the granting of such relief;

**IT IS HEREBY ORDERED** that Defendants NEW YORK STATE DEPARTMENT OF HEALTH, JAMES V. MCDONALD, JOSEPH A. GIOVANNETTI, JENNIFER PERSON, and their officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with them who receive actual notice of this Order, show cause before this Court at the United States Courthouse located at 445 Broadway, Courtroom 5, Albany, New York 12207, on the _____ day of _____, 2025, at _____ o'clock in the _____ noon of that day, or as soon thereafter as counsel can be heard,

**WHY AN ORDER SHOULD NOT BE ENTERED** pursuant to Rule 65 of the Federal Rules of Civil Procedure granting Plaintiffs a Preliminary Injunction:

1. Directing Defendants to immediately remove the names of Plaintiff Shareen Ismail, M.D. and The Alexandre Centre for Children's Health from the "School Vaccination Fraud Awareness" website and any similar public listings;

2. Directing Defendants to immediately reinstate full access to the New York State Immunization Information System ("NYSIIS") for Plaintiffs and all employed staff of The Alexandre Centre for Children's Health;

3. Enjoining Defendants from contacting, harassing, interrogating, or threatening Plaintiffs' patients or employees outside of formal legal process directed through Plaintiffs' counsel;

4. Directing Defendants to restore any and all immunization records "wiped" or deleted from the NYSIIS database on or about November 12, 2025; and

5. Granting such other and further relief as the Court deems just and proper.

**AND IT IS FURTHER ORDERED** that, pending the hearing and determination of Plaintiffs' motion for a Preliminary Injunction, Defendants and their agents are hereby TEMPORARILY RESTRAINED AND ENJOINED from:

1. Maintaining the publication of Plaintiffs' names on the "School Vaccination Fraud Awareness" website;
2. Continuing the suspension of Plaintiffs' NYSIIS access; and
3. Making any further contact with Plaintiffs' patients or employees for the purpose of investigating the subject matter of this action, except through Plaintiffs' counsel.

**SUFFICIENT CAUSE APPEARING THEREFOR,** let service of a copy of this Order, together with the papers upon which it was granted, be made upon the Defendants and the New York State Attorney General's Office by email and overnight delivery on or before _____, 2025, and such service shall be deemed good and sufficient service.

**SO ORDERED.**

Dated: _____, 2025
      Albany, New York

                                                             Hon. _____