UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

─────────────────────────────────────────────

SHAREEN ISMAIL, M.D., and THE ALEXANDRE
CENTRE FOR CHILDRENS HEALTH,
*organized as Ismail Medicine PLLC*

                            **Plaintiffs,**

    vs.                                      5:25-CV-1653
                                                (MAD/TWD)

NEW YORK STATE DEPARTMENT OF HEALTH,
JAMES V. MCDONALD, JOSEPH A.
GIOVANNETTI, JENNIFER PERSON, AND JOHN
DOES 1-5

                            **Defendants.**

─────────────────────────────────────────────

**APPEARANCES:**                             **OF COUNSEL:**

**DAVENPORT LAW PLLC**               **CHAD A. DAVENPORT, ESQ.**
6384 Deanna Drive
Hamburg, New York 14075
Attorneys for Plaintiffs

**Mae A. D'Agostino, U.S. District Judge:**

### ORDER TO SHOW CAUSE

    Upon review of Plaintiffs' Complaint, the *Ex Parte* Motion for a Temporary Restraining Order and Preliminary Injunction, and the accompanying exhibits, the Court hereby

    **ORDERS** that Plaintiffs' request for an *ex parte* temporary restraining order is **DENIED**; and the Court further

    **ORDERS** that Defendants shall show cause before this Court, United States District Court for the Northern District of New York, at the James T. Foley U.S. Courthouse, 445 Broadway, Albany, New York 12207, **Thursday, December 11, 2025, at 10:00 a.m.,** or such other date as may be fixed by the Court why a preliminary injunction, pursuant to Rule 65 of the

Federal Rules of Civil Procedure, should not be issued enjoining Defendants in the manner requested in Plaintiffs' motion; and the Court further

**ORDERS** that answering papers, if any, be filed by Defendants with this Court and served upon Plaintiffs' counsel on or before **Tuesday, December 9, 2025, at 10:00 a.m.,** and reply papers shall be filed and served on or before **Wednesday, December 10, 2025, at 5:00 p.m.**; and the Court further

**ORDERS** that personal service of a copy of this Order, the Summons and Complaint, and the Emergency Motion for a Temporary Restraining Order and Preliminary Injunction, upon Defendants or their Counsel, on or before **Wednesday, December 3, 2025, at 11:00 a.m.**, shall be deemed good and sufficient service thereof.

**IT IS SO ORDERED.**

Dated: December 2, 2025
       Albany, New York

_____
Mae A. D'Agostino
U.S. District Judge

2