| | |
|---|---|
| **State of:** | New York |
| **Court:** | U.S. District |
| **County/District:** | Northern Dist. |
| **Index No.:** | 5:25-CV-1653(MAD/TWD) |
| **Date Filed:** | 11/25/2025 |

**Affidavit of Service**

**Plaintiff(s):** SHAREEN ISMAIL, M.D. AND THE ALEXANDRE CENTRE FOR CHILDRENS HEALTH (ISMAIL MEDICINE PLLC)

**Defendant(s):** NEW YORK STATE DEPARTMENT OF HEALTH, ET AL

_____**CHRIS COZZY**_____, the undersigned, affirm that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of _____**New York**_____

On ____**DECEMBER 3, 2025**____ at ____**10:45 AM**____, I served the SUMMONS IN A CIVIL ACTION & COMPLAINT WITH SUPPORTING DOCUMENTS

to **NEW YORK STATE DEPARTMENT OF HEALTH**

at. _____**CORNING TOWER, EMPIRE STATE PLAZA, ALBANY, NY 12237**_____

in the manner indicated below:

**CORPORATE SERVICE:** By delivering a true copy of said documents to ____**LAUREN KEATS**____, an Authorized Agent. The undersigned asked the recipient if he/she is authorized to accept service on behalf of NEW YORK STATE DEPARTMENT OF HEALTH and received an affirmative reply. An approximate description is as follows:

Gender __**FEMALE**__ Race __**WHITE**__ Hair __**BROWN**__ Approx.Age __21 - 35 YRS.__ Approx.Height __5' 4" - 5' 8"__
Approx. weight __100 - 130 LBS.__ Other _____

x _____**Chris Cozzy**_____
CHRIS COZZY

Sworn to before me on this
3rd day of December, 2025

_____**Yvonne Strain**_____
NOTARY PUBLIC
YVONNE STRAIN
NOTARY PUBLIC, State of New York
01ST6314054, Schenectady
Commission Expires November 3, 2026

Attorney File #  **ISMAIL**                                                                                            2548447

| | |
|---|---|
| **State of:** | New York |
| **Court:** | U.S. District |
| **County/District:** | Northern Dist. |
| **Index No.:** | 5:25-CV-1653(MAD/TWD) |
| **Date Filed:** | 11/25/2025 |

**Affidavit of Service**

**Plaintiff(s):** SHAREEN ISMAIL, M.D. AND THE ALEXANDRE CENTRE FOR CHILDRENS HEALTH (ISMAIL MEDICINE PLLC)

**Defendant(s):** NEW YORK STATE DEPARTMENT OF HEALTH, ET AL

_____CHRIS COZZY_____, the undersigned, affirm that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of New York

On DECEMBER 3, 2025 at 10:45 AM, I served the SUMMONS IN A CIVIL ACTION & COMPLAINT WITH SUPPORTING DOCUMENTS

to JENNIFER A. PERSON
at _____CORNING TOWER, EMPIRE STATE PLAZA, ALBANY, NY 12237_____
in the manner indicated below:

**SUITABLE PERSON:** By delivering a true copy of said documents to:
LAUREN KEATS - ASSISTANT ATTORNEY, a person of suitable age and discretion.
Said premises is the usual place of abode / business of JENNIFER A. PERSON within the state. The individual served confirmed their identity at the time of service. An approximate description of Lauren Keats - Assistant Attorney is as follows:

Sex **FEMALE**  Color of skin/race **WHITE**  Hair **BROWN**  Approx.Age **21 - 35 YRS.**  Approx.Height **5' 4" - 5' 8"**
Approx. weight **100 - 130 LBS.**  Other _____

The undersigned asked whether JENNIFER A. PERSON was in active military service of the United States or the State of New York in any capacity or if they are financially dependent on anyone in the military and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations about narrated. Upon information and belief I aver that JENNIFER A. PERSON is not in the military and is not finically dependent on someone in active military service of the United States or State of New York.

x _Chris Cozzy_ (signature)
CHRIS COZZY

**Affirmation of Mailing**

_____CHRIS COZZY_____, the undersigned, affirm that on _____DECEMBER 3, 2025_____
I mailed a copy of the above listed documents to the above named defendant / respondent / witness to the referenced address. The documents were enclosed in a 1st Class postpaid properly addressed envelope not indicating that the mailing was from an attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office.
COPY WAS MAILED BY FIRST CLASS USPS MAIL

Sworn to before me on this
3rd day of December, 2025

_Yvonne Strain_ (signature)
NOTARY PUBLIC
YVONNE STRAIN
NOTARY PUBLIC, State of New York
01ST6314054, Schenectady
Commission Expires November 3, 2026

x _Chris Cozzy_ (signature)
CHRIS COZZY

Attorney File # **ISMAIL**                                         2548443

**State of:** New York
**Court:** U.S. District
**County/District:** Northern Dist.
**Index No.:** 5:25-CV-1653(MAD/TWD)
**Date Filed:** 11/25/2025

**Affidavit of Service**

**Plaintiff(s):** SHAREEN ISMAIL, M.D. AND THE ALEXANDRE CENTRE FOR CHILDRENS HEALTH (ISMAIL MEDICINE PLLC)
**Defendant(s):** NEW YORK STATE DEPARTMENT OF HEALTH, ET AL

_____CHRIS COZZY_____, the undersigned, affirm that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of New York

On **DECEMBER 3, 2025** at **10:45 AM**, I served the SUMMONS IN A CIVIL ACTION & COMPLAINT WITH SUPPORTING DOCUMENTS

to **JOSEPH A GIOVANNETTI**
at _____CORNING TOWER, EMPIRE STATE PLAZA, ALBANY, NY 12237_____
in the manner indicated below:

**SUITABLE PERSON:** By delivering a true copy of said documents to:
**LAUREN KEATS - ASSISTANT ATTORNEY**, a person of suitable age and discretion.
Said premises is the usual place of abode / business of JOSEPH A GIOVANNETTI within the state. The individual served confirmed their identity at the time of service. An approximate description of Lauren Keats - Assistant Attorney is as follows:

Sex **FEMALE** Color of skin/race **WHITE** Hair **BROWN** Approx.Age **21 - 35 YRS.** Approx.Height **5' 4" - 5' 8"** Approx. weight **100 - 130 LBS.** Other _____

The undersigned asked whether JOSEPH A GIOVANNETTI was in active military service of the United States or the State of New York in any capacity or if they are financially dependent on anyone in the military and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations about narrated. Upon information and belief I aver that JOSEPH A GIOVANNETTI is not in the military and is not finically dependent on someone in active military service of the United States or State of New York.

X _____
CHRIS COZZY

**Affirmation of Mailing**

_____CHRIS COZZY_____, the undersigned, affirm that on **DECEMBER 3, 2025**

I mailed a copy of the above listed documents to the above named defendant / respondent / witness to the referenced address. The documents were enclosed in a 1st Class postpaid properly addressed envelope not indicating that the mailing was from an attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office.
COPY WAS MAILED BY FIRST CLASS USPS MAIL

Sworn to before me on this
3rd day of December, 2025

_____
NOTARY PUBLIC
YVONNE STRAIN
NOTARY PUBLIC, State of New York
01ST6314054, Schenectady
Commission Expires November 3, 2026

X _____
CHRIS COZZY

Attorney File # **ISMAIL**          2548449

| | |
|---|---|
| **State of:** | New York |
| **Court:** | U.S. District |
| **County/District:** | Northern Dist. |
| **Index No.:** | 5:25-CV-1653(MAD/TWD) |
| **Date Filed:** | 11/25/2025 |

**Affidavit of Service**

**Plaintiff(s):** SHAREEN ISMAIL, M.D. AND THE ALEXANDRE CENTRE FOR CHILDRENS HEALTH (ISMAIL MEDICINE PLLC)

**Defendant(s):** NEW YORK STATE DEPARTMENT OF HEALTH, ET AL

_____ CHRIS COZZY _____, the undersigned, affirm that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of _____ New York _____

On _____ DECEMBER 3, 2025 _____ at _____ 10:45 AM _____, I served the SUMMONS IN A CIVIL ACTION & COMPLAINT WITH SUPPORTING DOCUMENTS

to **JAMES MCDONALD THE COMMISSIONER, NEW YORK STATE DEPARTMENT OF THE HEALTH**

at, _____ CORNING TOWER, EMPIRE STATE PLAZA, ALBANY, NY 12237 _____

in the manner indicated below:

**CORPORATE SERVICE:** By delivering a true copy of said documents to _____ LAUREN KEATS _____, an Authorized Agent. The undersigned asked the recipient if he/she is authorized to accept service on behalf of JAMES MCDONALD THE COMMISSIONER, NEW YORK STATE DEPARTMENT OF THE HEALTH and received an affirmative reply. An approximate description is as follows:

Gender **FEMALE** Race **WHITE** Hair **BROWN** Approx.Age **21 - 35 YRS.** Approx.Height **5' 4" - 5' 8"**
Approx. weight **100 - 130 LBS.** Other _____

x _____ CHRIS COZZY _____

Sworn to before me on this
3rd day of December, 2025

_____ NOTARY PUBLIC _____
YVONNE STRAIN
NOTARY PUBLIC, State of New York
01ST6314054, Schenectady
Commission Expires November 3, 2026

Attorney File # **ISMAIL**            2548446