STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer Direct: (518) 776-2672

December 5, 2025

Honorable Mae A. D'Agostino
James T. Foley U.S. Courthouse
445 Broadway – 4th Floor
Albany, NY 12207

RE: *Ismail, et al. v. New York State Department of Health et. al.,* 5:25-CV-01653

Dear Judge D'Agostino,

This office represents Defendants Department of Health, James McDonald, Joseph Giovannetti, and Jennifer Person in this matter.

Due to the number of legal issues which need to be addressed in the "likelihood of success on the merits" prong of the analysis of the pending motion for a preliminary injunction, along with other factual and legal issue which need to be detailed in Defendants' papers, I am writing to respectfully request that leave be granted to file a memorandum of law not in excess of thirty-five pages. I left a voicemail approximately one hour ago for Plaintiffs' counsel Chad Davenport as to whether he has any objection to this request but have not heard back.

Thank you for your kind consideration to this request.

Respectfully submitted,

LETITIA JAMES
Attorney General of the State of New York
*Attorney for Defendants*
The Capitol
Albany, New York 12224-0341

By: *M. Randolph Belkin*

                                      M. Randolph Belkin
                                      Assistant Attorney General, of Counsel
                                      Bar Roll No. 505404
                                      Telephone: 518-776-2672
                                      Email: Randy.Belkin@ag.ny.gov

cc:      Counsel of Record via CMECF