UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

SHAREEN ISMAIL, M.D., and THE ALEXANDRE
CENTRE FOR CHILDREN'S HEALTH (ISMAIL
MEDICINE PLLC),

                                  *Plaintiff*,

-against-

NEW YORK STATE DEPARTMENT OF HEALTH,
JAMES V. MCDONALD, JOSEPH A. GIOVANNETTI,
JENNIFER PERSON, and JOHN DOES 1-5,

                                  *Defendants*.

5:25-CV-01653

MAD/TWD

**DECLARATION OF
JENNIFER PERSON**

---

      **JENNIFER PERSON**, declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true:

      1.    I am an investigator within the Bureau of Investigations at the New York State Department of Health (the "Department"). I have served in this capacity since August 2024. In this role, I am responsible for conducting investigations pursuant to the Public Health Law ("PHL) including investigations of fraud, abuse, and misuse involving public health systems and programs administered by the Department, and other high-priority violations of the PHL. As an investigator within the Bureau of Investigation, I report directly to the Director of the Bureau of Investigations, Joseph Giovannetti. I am familiar with the facts set forth herein based upon my personal knowledge.

1

## INTERVIEW WITH BARBARA CAMPBELL

2. On or about October 6, 2025, the Department's Center for Community Health received a call from an individual who expressed concerns about her child's vaccines not being valid. The caller provided her contact information, which was then forwarded to me so I could reach out to hear her concerns.

3. On October 8, 2025, I called the number that had been provided to me. The person that answered identified herself as Barbara Campbell, and I identified myself as an investigator for the Department.

4. During the call, Ms. Campbell stated that she had received notice from the school nurse at her child's school that The Alexandre Centre for Children's Health (the "Alexandre Centre") was no longer able to vaccinate her child. She further stated that this sparked some concern for her because her child was due for vaccination soon.

5. Throughout the call, Ms. Campbell repeatedly stated that she just wanted to make sure that there was nothing wrong with the vaccines given to her child and asked whether her child had been given something that was not a legitimate vaccine. I stated that I could only explain that the Alexandre Centre's NYSIIS access had been suspended as part of an investigation.

6. Ms. Campbell confirmed that the number I called was the best number to reach her. I asked for her address and stated that during the investigation it may be possible that I would need to visit her home to ask additional questions. She provided me with her home address.

7. At no time did Ms. Campbell indicate she was represented by counsel or that she was uncomfortable or wanted to end the conversation.

## HOME VISIT TO MARIA PETERSEN

8. On November 14, 2025, I and another Department investigator, Kevin Ryan, traveled to the residence of an individual listed on the Alexandre Centre's website, Maria Petersen, who was identified as a Registered Nurse with five (5) years of experience. We sought an interview from Ms. Petersen because her name appeared on a child's vaccination record that we suspected was fraudulent and we wanted to determine whether she was aware that her named had been used in that record.

9. Upon arrival to the residence, we knocked on the door and were greeted by an individual matching the photo of Maria Petersen on the Alexandre Centre's website. I introduced myself and Mr. Ryan as investigators with the Department and asked whether the individual was in fact Maria Petersen, which she confirmed she was.

10. I stated that we had a couple questions about her employment with the Alexandre Centre, to which she replied all questions could go to her lawyer. I asked who her lawyer was so we could pose our questions to them. Ms. Petersen did not provide us with a name but stated, "the lawyer the center uses."

11. Mr. Ryan and I thanked Maria for her time and returned to our vehicle. At no point did we enter Ms. Petersen's home.

Dated: December 8, 2025

JENNIFER PERSON