UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

SHAREEN ISMAIL, M.D., and THE ALEXANDRE CENTRE
FOR CHILDREN'S HEALTH (ISMAIL MEDICINE PLLC),

              Plaintiffs,

                                                                Civil Action No.: 5:25-cv-01653

vs.

NEW YORK STATE DEPARTMENT OF HEALTH,
JAMES V. MCDONALD, JOSEPH A. GIOVANNETTI,
JENNIFER PERSON, and JOHN DOES 1-5

              Defendants.
_____

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs SHAREEN ISMAIL, M.D., and THE ALEXANDRE CENTRE FOR CHILDREN'S HEALTH (ISMAIL MEDICINE PLLC), by and through their undersigned counsel, hereby voluntarily dismiss the above-captioned action against all Defendants.

**PLEASE TAKE FURTHER NOTICE** that:

1. This dismissal is **WITHOUT PREJUDICE**;
2. The Defendants have not served an Answer or a Motion for Summary Judgment in this action; and
3. Each party shall bear its own costs and attorneys' fees.

Dated: December 10, 2025                                         Respectfully submitted,

                                                                          **Davenport Law PLLC**

                                                                          */s/ Chad A. Davenport*

                                                                          Chad A. Davenport, Esq.
                                                                          *Attorney for Plaintiffs*

Davenport Law PLLC  
6384 Deanna Drive  
Hamburg, NY 14075  
(716) 217-0328  
cdavenport@davenport.law