UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

SHAREEN ISMAIL, M.D., and THE ALEXANDRE CENTRE
FOR CHILDREN'S HEALTH (ISMAIL MEDICINE PLLC),

              Plaintiffs,

vs.                                 Civil Action No.: 5:25-cv-01653

NEW YORK STATE DEPARTMENT OF HEALTH,
JAMES V. MCDONALD, JOSEPH A. GIOVANNETTI,
JENNIFER PERSON, and JOHN DOES 1-5

              Defendants.
_____

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs SHAREEN ISMAIL, M.D., and THE ALEXANDRE CENTRE FOR CHILDREN'S HEALTH (ISMAIL MEDICINE PLLC), by and through their undersigned counsel, hereby voluntarily dismiss the above-captioned action against all Defendants.

**PLEASE TAKE FURTHER NOTICE** that:

1. This dismissal is **WITHOUT PREJUDICE**;
2. The Defendants have not served an Answer or a Motion for Summary Judgment in this action; and
3. Each party shall bear its own costs and attorneys' fees.

Dated: December 10, 2025                                       Respectfully submitted,

                                                                     **Davenport Law PLLC**

IT IS SO ORDERED:                                        */s/ Chad A. Davenport*

_____
Mae A. D'Agostino                                           Chad A. Davenport, Esq.
U.S. District Judge                                       *Attorney for Plaintiffs*

Dated: ___December 10, 2025___
        Albany, NY

                                            Davenport Law PLLC
                                            6384 Deanna Drive
                                            Hamburg, NY 14075
                                            (716) 217-0328
                                            cdavenport@davenport.law